**UNITED STATES of America,**
**Appellant**

v.

**Charles H. LEHIGH.**

**No. 17062.**

United States Court of Appeals
Eighth Circuit.

June 12, 1962.

Charles M. Conway, U. S. Atty., and Stanley F. Krysa, Dept. of Justice, for appellant.

Leon B. Catlett and H. C. York, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant, 201 F.Supp. 224.

**Francesco TODARO, Appellant,**

v.

**Thomas M. PEDERSON, District Director of Immigration and Naturalization, Appellee.**

**No. 14752.**

United States Court of Appeals
Sixth Circuit.

June 18, 1962.

Henry C. Lavine, Cleveland, Ohio, for appellant.

Charles Diamond, Asst. U. S. Atty., Cleveland, Ohio, Merle M. McCurdy, U. S. Atty., Dominic J. Cimino, Asst. U. S.

Atty., Cleveland, Ohio, Douglas P. Lillis, Regional Counsel Southeast Region, Immigration & Naturalization Service, Richmond, Va., on the brief, for appellee.

Before McALLISTER and O'SULLIVAN, Circuit Judges, and BOYD, District Judge.

ORDER.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed upon the opinion of Judge McNamee, reported in 205 F.Supp. 612.

**UNITED STATES of America,**
**Appellant**

v.

**Lawrence D. MARSDEN et al.**

**No. 17049.**

United States Court of Appeals
Eighth Circuit.

May 3, 1962.

John O. Garaas, U. S. Atty., and Louis F. Oberdorfer, Asst. Atty. Gen., Tax Div., for appellant.

Ilvedson, Pringle, Herigstad & Meschke, Minot, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.